USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2026

# Robinson+Cole

MEMO ENDORSED

MATTHEW P. MAZZOLA

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
mmazzola@rc.com
Direct (212) 451-2914

Also admitted in Florida
and New Jersey

May 4, 2026

(*Via ECF*)
Honorable Nelson S. Roman
United States District Judge
United States District Court
Southern District of New York
The Honorable Charles L. Brient Jr. Federal Building and United States Courthouse
300 Quarropas St., White Plains NY, 10601-4150

**Re:** *T.V. Seshan MD PC v. United Healthcare Services Inc.*
        **Case No.: 7:25-cv-02547-NSR**

Dear Judge Roman:

This office represents Defendant United Healthcare Services, Inc. ("United") in the above-referenced matter. We write on behalf of both parties to advise the Court that the Independent Dispute Resolution awards at issue in the Complaint have already been paid (DISP-597013) with payment confirmed by the Plaintiff and/or processed for payment (DISP-193505) of the outstanding balance in full. As a result, Plaintiff's pending Motion to Confirm is expected to become moot. Plaintiff will confirm receipt of payment for DISP-193505, and the parties expect to submit a stipulation of dismissal promptly thereafter. The parties respectfully submit this update so that the Court is aware that the matter is nearing resolution and the parties will submit the closing documents as soon as Plaintiff confirms receipt of payment.

Thank you for the Court's attention to this matter.

Respectfully submitted,

*[signature]*

Matthew P. Mazzola

cc: All Counsel of Record (*via* ECF)

**The Court thanks the parties for the status update. In light of the update, the Court terminates the pending Motion to Confirm as moot and directs the parties to submit a stipulation of dismissal, or otherwise provide another status update, by June 5, 2026. The Clerk of Court is kindly directed to terminate the motion at ECF No. 20.**

SO ORDERED:

*[signature]*

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**Dated: May 5, 2026**
**White Plains, New York**

---

Boston | Hartford | New York | Washington, DC | Providence | Miami | Austin | Stamford | Wilmington | Philadelphia | Los Angeles | Albany

rc.com | Robinson & Cole LLP